No. 351. COSMOPOLITAN SHIPPING CO., INC. *v.* MC-ALLISTER. C. A. 2d Cir.; and

No. 360. FINK *v.* SHEPARD STEAMSHIP Co. Supreme Court of Oregon. Certiorari granted. *Solicitor General Perlman* for petitioner in No. 351 and respondent in No. 360. *B. A. Green* and *Edwin D. Hicks* for petitioner in No. 360. *Bertram J. Dembo* and *Jacob Rassner* for respondent in No. 351. Reported below: No. 351, 169 F. 2d 4; No. 360, 183 Ore. 373, 192 P. 2d 258.

No. 118, Misc. ZIMMERMAN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari granted. *J. Cookman Boyd, Jr.* for petitioner. *Hall Hammond*, Attorney General of Maryland, and *Richard W. Case*, Assistant Attorney General, for respondent.

No. 162, Misc. GAYNOR *v.* AGWILINES, INC. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman* for petitioner. *Solicitor General Perlman* for respondent.

No. 318. SOUTH BUFFALO RAILWAY CO. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Bruce Bromley* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 326. COLONELL *v.* GOODMAN ET AL. C. A. 3d Cir. Certiorari denied. *Thomas C. Egan* for petitioner. *Bernard G. Segal* and *Irving R. Segal* for respondents.

No. 328. KANSAS CITY TERMINAL RAILWAY CO. *v.* THOMPSON, TRUSTEE, ET AL. Supreme Court of Missouri. Certiorari denied. *Samuel W. Sawyer* and *Horace F.*